| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Gajarsa, Arthur J. | Date of Report<br>1/7/97 |
|---|---|---|

**IV. REIMBURSEMENTS and GIFTS** – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "S" and "DC" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| **X** NONE (No such reportable reimbursements or gifts) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

**V. OTHER GIFTS.** (Includes those to spouse and dependent children; use the parentheticals "S" and "DC" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| **X** NONE (No such reportable gifts) | | | |
| 1 | | | |
| 2 | | | $_____ |
| 3 | | | $_____ |
| 4 | | | $_____ |
| | | | $_____ |

**VI. LIABILITIES.** (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "S" for separate liability of the spouse, "U" for joint liability of reporting individual and spouse, and "DC" for liability of a dependent child. See pp. 34-36 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| NONE (No reportable liabilities) | | | |
| 1 | Janney Montgomery Scott | Margin interest | N |
| 2 | Legg Mason Wood Walker, Inc. | Margin interest | P1 |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

VALUE CODES: J = $15,000 or less · $600,000 K = $15,001 - $50,000 L = $50,001 - $100,000 M = $100,001 to $250,000

Digitized by Google

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 1/7/97 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. B. Description of Assets (Including trust assets) Indicate where applicable, owner of the asset by using the parenthetical (J) asset by joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | C. Income during reporting period | | D. Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt.1 Code (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code (J-P) | (2) Value Method3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Ident. of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 AT&T Corp - Common (J) | A | Dividend | J | T | Exempt | | | | |
| 2 Amoco Corp - Common (J) | B | Dividend | K | T | Exempt | | | | |
| 3 Bankamerica Corp - Common (J) | A | Dividend | K | T | Exempt | | | | |
| 4 Central Maine Power Co - Common (J) | A | Dividend | J | T | Exempt | | | | |
| 5 Computer Horizons Corp - Common (J) | | None | P1 | T | Exempt | | | | |
| 6 GTE Corp - Common (J) | D | Dividend | B | T | Exempt | | | | |
| 7 Hirsh International Corp - Common (J) | | None | K | T | Exempt | | | | |
| 8 National Media Corp - Common (J) | | None | K | T | Exempt | | | | |
| 9 TGC Industries, Inc. - Restricted (J) | | None | K | T | Exempt | | | | |
| 10 Befac Tech Dev Corp (J) | | None | K | T | Exempt | | | | |
| 11 Universal Health Realty Income Trust (J) | C | Dividend | K | T | Exempt | | | | |
| 12 Western Transmedia, Inc. - Common (J) | | None | K | T | Exempt | | | | |
| 13 Aura Systems, Inc. - Common | | None | J | T | Exempt | | | | |
| 14 Boll & Howell Holdings Corp - Common | | None | K | T | Exempt | | | | |
| 15 Microsoft Corp - Common | | None | K | T | Exempt | | | | |
| 16 National Media Corp - Common | | None | K | T | Exempt | | | | |
| 17 Telekomnikiasi Indonesia Somatogen, Inc. - Common | | None | K | T | Exempt | | | | |
| 18 United Technologies Corp - Common | A | Dividend | K | T | Exempt | | | | |

1 Income/Gain Codes: (See Col. B1 & D4) A=$1,000 or less  B=$1,001 to $50,000  C=$2,501 to $5,000  D=$5,001 to $15,000
  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000

2 Value Codes: (See Col. C1 & D3) J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000

3 Value Method Codes: (See Col. C2) Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
  U=Book Value  V=Other  W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gajarsa, Arthur J. | 1/7/97 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets). Indicate where applicable, owner of the asset by prior to each asset. Place "(X)" after each asset exempt from prior disclosure. | B. | C. Income during reporting period | | D. Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value (J-P) | (2) Value Methods (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value2 (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 19 JMB Money Market Fund | A | Dividend | J | T | Exempt | | | | |
| 20 GTE Corp - Common | A | Dividend | K | T | Exempt | | | | |
| 21 Universal Health Realty Income Trust | B | Dividend | K | T | Exempt | | | | |
| 22 U.S. Treasury Securities Stripped | | None | L | T | Exempt | | | | |
| 23 Resolution FDG Corp | | None | K | T | Exempt | | | | |
| 24 Computer Horizons Corp - Common | | None | L | T | Exempt | | | | |
| 25 Merck & Co, Inc. - Common | A | Dividend | K | T | Exempt | | | | |
| 26 Western Transmedia, Inc. - Restricted | | None | J | T | Exempt | | | | |
| 27 Western Transmedia, Inc. - Common | | None | J | T | Exempt | | | | |
| 28 U.S. Treasury Inv Growth Ser | | None | J | T | Exempt | | | | |
| 29 U.S. Treasury Ser M | | None | K | T | Exempt | | | | |
| 30 U.S. Treasury Ser K | | None | L | T | Exempt | | | | |
| 31 Delaware Econ Dev Auth 6.75% (1) | D | Interest | N | T | Exempt | | | | |
| 32 Cecil County, MD Comm-Cons (1 & (2)) | D | Interest | N | T | Exempt | | | | |
| 33 University of Maryland Aux Fac & Tuition 7% (1) | E | Interest | N | T | Exempt | | | | |
| 34 Baltimore MD Wtr Util Rev 7% (1) | D | Interest | N | T | Exempt | | | | |
| 35 Montgomery Co MD HOC SF Mtg 7% (1) | D | Interest | N | T | Exempt | | | | |
| 36 Montgomery Co MD HOC SF Mtg .05% (1) | D | Interest | L | T | Exempt | | | | |

1. Income Gain Codes: (See Col. B1 & D4) A=$1,000 or less; B=$1,001 to $2,500; C=$2,501 to $5,000; D=$5,001 to $15,000; E=$15,001 to $50,000; F=$50,001 to $100,000; G=$100,001 to $1,000,000; H=More than $1,000,000
2. Value Codes: (See Col. C1 & D3) J=$15,000 or less; K=$15,001 to $50,000; L=$50,001 to $100,000; M=$100,001 to $250,000; N=$250,001 to $500,000; O=$500,001 to $1,000,000; P=More than $1,000,000; Q=$1,000,001 to $250,000
3. Value Method Codes: (See Col. C2) Q=Appraisal; R=Cost (real estate only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 112197 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(X)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(J)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. | C. Income during reporting period | | D. Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or Int.) | (1) Value Code (J-P) | (2) Value Methods Code (Q-U) | (1) Type (e.g. buy, sell, merger, redemptions) | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | | |
| 37 Montgomery Co MD HOC HF Rev 7.6% (J) | D | Interest | N | T | Exempt | | | | |
| 38 Prince William Co VA IDA Res Care 8.8% (J) | D | Interest | N | T | Exempt | | | | |
| 39 Maryland St CDA HF HSG REV 5.6% (J) | D | Interest | N | T | Exempt | | | | |
| 40 Prince William CO VA IDA Res Care 8.9% (J) | D | Interest | N | T | Exempt | | | | |
| 41 Maryland CDA SF Prog BDS 7.4% (J) | E | Interest | N | T | Exempt | | | | |
| 42 Corning Delware LP - Preferred (J) | C | Distribu | L | T | Exempt | | | | |
| 43 Fonix Corp - Common (J) | | None | L | T | Exempt | | | | |
| 44 Perusahaab Persorsen PT Telecomunicasi (J) | A | Dividend | N | T | Exempt | | | | |
| 45 Energy Conversion Dev Inc | | None | J | T | Exempt | | | | |
| 46 Summit Technology, Inc. - Common (J) | | None | N | T | Exempt | | | | |
| 47 Maryland Water Quality Fin Admin WR (J) | | None | N | T | Exempt | | | | |
| 48 Baltimore County Rev Auth MD 7% (J) | D | Interest | N | T | Exempt | | | | |
| 49 UTS Barclays Bank PLC American (J) | D | Dividend | N | T | Exempt | | | | |
| 50 U.S. Government Money Market (DC) | A | Dividend | L | T | Exempt | | | | |
| 51 Nextel Communications | | None | J | T | Exempt | | | | |
| 52 Corning Delware LP - Preferred (DC) | A | Distribu | J | T | Exempt | | | | |
| 53 The Walt Disney Co - Common (DC) | A | Dividend | J | T | Exempt | | | | |
| 54 GTE Corporation - Common (DC) | A | Dividend | J | T | Exempt | | | | |

1. Income Gain Codes: (See Col. B1 & D4) A=$1,001 to $2,500 B=$15,001 to $50,000 C=$2,501 to $5,000 D=$5,001 to $15,000 E=$15,001 to $50,000 F=$50,001 to $100,000 G=$100,001 to $1,000,000 H=$1,000,001 to $5,000,000 H=More than $5,000,000

2. Value Codes: (See Col. C1 & D3) J=$15,000 or less K=$15,001 to $50,000 L=$50,001 to $100,000 M=$100,001 to $250,000 N=$250,001 to $500,000 O=$500,001 to $1,000,000 P=More than $1,000,000 N=$100,001 to $250,000

3. Value Method Codes: (See Col. C2) Q=Appraisal U=Book Value R=Cost (real estate only) V=Other S=Assessment W=Estimated T=Cash/Market

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gajarsa, Arthur J. | 1/7/97 |

**VII. Page 4 INVESTMENTS and TRUSTS** -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. B. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical (X) after each asset exempt from prior disclosure. | C. Income during reporting period (1) Amt. Code (A-H) | (2) Type (e.g. div. rent or int.) | D. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Methods (Q-U) | Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date; Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| HOME (No reportable income, assets, or transactions) | | | | | | | | | |
| 55 Glaxo Wellcome PLC ADR - Common (DC) | A | Dividend | J | T | Exempt | | | | |
| 56 Perusahaan Perseroan PT Telekomunkasi (DC) | A | Dividend | K | T | Exempt | | | | |
| 57 Summit Technology, Inc. - Common (DC) | | None | J | T | Exempt | | | | |
| 58 USR Technologies, Inc. - Common (DC) | A | Dividend | J | T | Exempt | | | | |
| 59 Wal Mart Stores, Inc. - Common (DC) | A | Dividend | K | T | Exempt | | | | |
| 60 Washington Real Estate Investment Trust (DC) | A | Dividend | J | T | Exempt | | | | |
| 61 Waste Management International - Common (DC) | | None | J | T | Exempt | | | | |
| 62 UTS Barclays Bank PLC American - JtT (DC) | A | Dividend | J | T | Exempt | | | | |
| 63 UTS Lega Reson Unit Invt Trust - JtT (DC) | | None | K | T | Exempt | | | | |
| 64 Tenaga Corp - Common (DC) | | None | K | T | Exempt | | | | |
| 65 Summit Bancorp (S) | A | Dividend | J | T | Exempt | | | | |
| 66 JMB Money Market Fund (DC) | A | Dividend | J | T | Exempt | | | | |
| 67 Summit Bancorp (DC) | | None | J | T | Exempt | | | | |
| 68 IBM Corp - Common (DC) | A | Dividend | J | T | Exempt | | | | |
| 69 Italian Beach, L.P. (Restaurant) | | None | L | U | Exempt | | | | |
| 70 Gold coin collection | | None | L | U | Exempt | | | | |
| 71 LCS Industries - Common (J) | B | Dividend | M | T | Exempt | | | | |
| 72 LCS Industries - Common | | None | J | T | Exempt | | | | |

| 1 | Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to $5,000 | D=$5,001 to $15,000 | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 | Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost(real estate only) | S=Assessment | T=Cash/Market | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J. | 1/7/99 |

**VII. Page 5 INVESTMENTS and TRUSTS** -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. B. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical (J) for joint ownership of reporting individual and spouse, (S) for separate ownership by reporting individual, (DC) for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | C. Income during reporting period | | D. Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-U) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 73 Summit Bancorp (J) | D | Dividend | H | T | Exempt | | | | |
| 74 Energy Conversion Devices Inc (DC) | | None | J | T | Exempt | | | | |
| 75 LCS Industries - Common (DC) | | None | K | T | Exempt | | | | |
| 76 Teradyne Inc | | None | K | T | Exempt | | | | |
| 77 Nationsbank (J) | | None | K | T | Exempt | | | | |
| 78 Nationsbank | | None | J | T | Exempt | | | | |
| 79 Nationsbank (S) | | None | J | T | Exempt | | | | |
| 80 PW Emerging Equity Fund C | A | Dividend | J | T | Exempt | | | | |
| 81 Barringer Tech (J) | | None | K | T | Exempt | | | | |
| 82 Barringer Tech - Warrants (J) | | None | J | T | Exempt | | | | |
| 83 BNC Corp (J) | | None | L | T | Exempt | | | | |
| 84 Horizon Group, Inc. (J) | B | Dividend | L | T | Exempt | | | | |
| 85 Petroleum Geo (J) | | None | K | T | Exempt | | | | |
| 86 Amdahl Corp (J) | | None | N | T | Exempt | | | | |
| 87 General Surgical Innovations (J) | | None | L | T | Exempt | | | | |
| 88 Nabox Resources LTD (J) | | None | J | T | Exempt | | | | |
| 89 General Surgical Innovations | | None | K | T | Exempt | | | | |
| 90 Sometogen Inc. | | None | J | T | Exempt | | | | |

| 1 | Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to $5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|---|
| | | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 | Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost(real estate only) | S=Assessment | T=Cash/Market |
| | | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

FINANCIAL DISCLOSURE REPORT | Name of Person Reporting: Gajarsa, Arthur J. | Date of Report: 1/7/97

**✔h Page 6 INVESTMENTS and TRUSTS** -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(I)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. | C. Income during the reporting period | | D. Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Methods Code 3 (Q-U) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 91 Summit Technology, Inc. | | | None | J | T | Exempt | | | | |
| 92 Marvel B Zero 4/15/98 | | | None | K | T | Exempt | | | | |
| 93 Amdahl Corp (DC) | | | None | J | T | Exempt | | | | |
| 94 Marquee Group, Inc. | | | None | J | T | Exempt | | | | |
| 95 Clinical Micro System, Inc. | | | None | N | T | Exempt | | | | |
| 96 Rockyweld Deephaven Comps | | | None | K | T | Exempt | | | | |
| 97 Northeast Utilities - Common | | A | Dividend | | | Exempt | | | | |
| 98 SBC Communications, Inc. - Common | | A | Dividend | | | Exempt | | | | |
| 99 LHH Tech, Inc. - Common | | A | Dividend | | | Exempt | | | | |
| 100 | | | | | | | | | | |
| 101 | | | | | | | | | | |
| 102 | | | | | | | | | | |
| 103 | | | | | | | | | | |
| 104 | | | | | | | | | | |
| 105 | | | | | | | | | | |
| 106 | | | | | | | | | | |
| 107 | | | | | | | | | | |
| 108 | | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1 & D1) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to $5,000 | D=$5,001 to $15,000 | E=$15,001 to $50,000 |
|---|---|---|---|---|---|---|
| | (See Cols. C1 & D1) | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=more than $1,000,000 | | |
| 2 | Value Codes: (See Cols. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=more than $1,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | | U=Book Value | V=Other | W=Estimated | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Gajarsa, Arthur J. | Date of Report<br>*1/2/99* |
|---|---|---|

**VIII. ADDITIONAL INFORMATION or EXPLANATIONS.** (Indicate part of Report.)

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gajarsa, Arthur J. | 1/7/97 |

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 7, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____     Date ____1-7-97____

NOTE:    ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. APP. 6, SECTION 104).

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

> Committee on Financial Disclosure
> Administrative Office of the United States Courts
> One Columbus Circle, N.E.
> Suite 2-301
> Washington, D.C. 20544

Digitized by Google

SCHEDULE

## Non-Profit Organizations - Officer and Trustee

Rensselaer Neuman Foundation,
    Board of Trustees, 1973-Present
The Institute for Contemporary Culture,
    Board of Trustees, 1986-1995
Outward Bound, U.S.A.,
    Board of Trustees, 1987-Present
Foundation for Improving Understanding of the Arts,
    Board of Trustees, 1982-Present
The National Italian American Foundation,
    Board of Directors, 1976-Present
    General Counsel, 1976-1989
    President, 1989-1992
    Vice Chairman, 1993-1996
The Institute for Mediterranean Democratic Strategies,
    Board of Trustees, 1993-1995
John Carroll Society,
    Board of Governors, 1992-Present
Rensselaer Polytechnic Institute,
    Board of Trustees, 1994-Present
Georgetown University,
    Board of Regents, 1995-Present

## For Profit Organizations - Officer or Director

| | |
|---|---|
| Eyring Corporation | 1992-1996 |
| International Strategies, Limited | 1993-1995 |
| Phidia U.S.A., Limited | 1992-1994 |
| Abbazia, U.S.A., Limited | 1994-1995 |
| Vendramin Limited Inc. | 1992-1995 |
| GASPA Management Limited (partner in investment partnership originally established to purchase a hotel, no longer in existence) | 1995-1996 |

FINANCIAL STATEMENT

NET WORTH - 12/31/96



Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trust investments and other financial holdings) all liabilities (including debts, mortgages, loans and other financial obligations, of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 17,000 | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule | 7,800,000 | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | Notes payable to others | | | |
| Accounts and notes receivable | | Accounts and bills due | | | 9,000 |
| Due from relatives and friends | 5,000 | Unpaid income tax | | | |
| Due from others | | Other unpaid tax and interest | | | |
| Doubtful | | Real estate mortgages payable—add schedule | | | 600,000 |
| Real estate owned—add schedule | 5,000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | Other debts—itemize | | | |
| Autos and other personal property | 20,000 | Mutual fund | | | 5,169 |
| Cash value life insurance | | | | | |
| Other assets—itemize | | | | | |
| SCHEDULE ATTACHED | 300,000 | | • | | |
| | | Total liabilities | | 227 | 68 |
| | | Net Worth | | 8,240,63 |
| Total Assets | 8,147,000 | Total liabilities and net worth | | 8,247,50 |
| CONTINGENT LIABILITIES | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | Are any assets pledged? (state amount) | | | |
| On leases or contracts | | Are you a defendant in any suit or legal action? | | | |
| Legal claims | | Have you ever taken bankruptcy? | | | |
| Provision for Federal Income Tax | | | | | |
| Other special debt | | | | | |